**ENTERED ON DOCKET**
10/6/99 PURSUANT
TO FRCP RULES 58 & 79a

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ALLEN SELVERSTON, et al. | |
| Plaintiffs | |
| v. | Civil No. 99-1653(SEC)<br>Diversity/Breach of Contract |
| THE UNIVERSITY OF PUERTO RICO, et al. | |
| Defendants | |

*RECEIVED & FILED 1999 OCT -6 PM 12:39 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, P.R.*

## JUDGMENT

Pursuant to Opinion and Order of even date, the above-captioned action is hereby **DISMISSED WITHOUT PREJUDICE** to its refiling in the courts of the Commonwealth of Puerto Rico. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of October, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev.8/82)